E-FILED
Monday, 06 November, 2006 03:18:18 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of _____ILLINOIS_____

SUSAN MCGUIRE,

V.

CLEAR CHECK, INC.,
a South Carolina corporation,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06- 2220

TO: (Name and address of Defendant)

CLEAR CHECK, INC.
c/o Eric Bergelson (Registered Agent)
135 Interstate Blvd.
Greenville, SC 29615

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roy Jackson Dent
BRANKEY & SMITH, P.C.
622 Jackson Avenue
Charleston, IL 61920

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                                11/6/06

CLERK                                            DATE
    s/ M. Talbott

(By) DEPUTY CLERK