UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| SUSAN MCGUIRE, | ) | |
| | ) | 06-2220-MPM-DGB |
| Plaintiff, | ) | |
| | ) | Jury Trial Demand |
| vs. | ) | |
| | ) | |
| CLEAR CHECK, INC., | ) | |
| a South Carolina corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff SUSAN MCGUIRE, by and through her attorneys, Brankey & Smith, P.C. and hereby gives notice of her intent to voluntarily dismiss the above-captioned matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

SUSAN MC GUIRE, Plaintiff

Dated: December 20, 2006

s/ Roy Jackson Dent
Roy Jackson Dent
Bar Number 6255835
Attorney for Plaintiff
BRANKEY & SMITH, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Fax:   (217) 345-6232

Email: rdent@brankeysmithpc.com